SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Navy Federal Credit Union*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID N. GIBRAEL,

          Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,

          Defendants.

Case No.:   2:26-cv-00061-JCM-BNW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

Defendant Navy Federal Credit Union (**NFCU**) and plaintiff David N. Gibrael stipulate that NFCU shall have up to and including **March 3, 2026**, to file its responsive pleading in this matter. Good cause exists to grant the requested extension as undersigned counsel was recently retained by NFCU and needs time to review the complaint, including five causes of action among other requested relief.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

85512324;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED February 19, 2026.

| AKERMAN LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| /s/ Scott R. Lachman | /s/ Kevin L. Hernandez |
| SCOTT R. LACHMAN, ESQ. | KEVIN L. HERNANDEZ, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 12594 |
| 1180 N. Town Center Dr., Suite 290 | 8920 W. Tropicana Avenue, Suite 101 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89147 |
| Attorneys for Navy Federal Credit Union | Attorney for Plaintiff |

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE

DATED: __February 20, 2026__

{85512324;1}