SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Navy Federal Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID N. GIBRAEL,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendants. | Case No.:   2:26-cv-00061-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Navy Federal Credit Union (**NFCU**) and plaintiff David N. Gibrael stipulate that NFCU shall have up to and including **March 17, 2026**, to file its responsive pleading in this matter. The current deadline is March 3, 2026.  ECF No. 8.  Good cause exists to grant the requested extension as the parties are engaged in settlement discussions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

85667367;1

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED March 2, 2026.

| AKERMAN LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| _/s/ Scott R. Lachman_ | _/s/ Kevin L. Hernandez_ |
| SCOTT R. LACHMAN, ESQ. | KEVIN L. HERNANDEZ, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 12594 |
| 1180 N. Town Center Dr., Suite 290 | 8920 W. Tropicana Avenue, Suite 101 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89147 |
| | |
| *Attorneys for Navy Federal Credit Union* | *Attorney for Plaintiff* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _March 4, 2026_____

2

85667367;1