Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DAVID N. GIBRAEL,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | Case No.: 2:26-cv-00061-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

Plaintiff, David N. Gibrael ("Plaintiff") and Defendant, Navy Federal Credit Union ("NFCU") have resolved all claims, disputes, and differences between Plaintiff and NFCU.

Therefore, Plaintiff and NFCU, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of all claims against NFCU with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and NFCU bearing their own

///

///

///

///

///

Page 1 of 2

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

attorneys' fees, costs, and expenses incurred in this action.

Respectfully Submitted.

Dated: April 16, 2026

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 16, 2026

**AKERMAN LLP**

*/s/ Scott R. Lachman*
Scott R. Lachman, Esq.
Nevada Bar No. 12016
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
*Attorney for Defendant*

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against NFCU are hereby dismissed with prejudice. Plaintiff and NFCU will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: April 21, 2026

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408